IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NELSON BELETSO,<br><br>Plaintiff,<br>v.<br>SAN JUAN COUNTY, a body corporate and politic and CARBON COUNTY, a body corporate and politic; RICK ELDREDGE San Juan County Sheriff; WILLIAM L. SCHULTZ, San Juan County Public Defender; LYLE R. ANDERSON, San Juan County District Court Judge,<br><br>Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:16-cv-01069-DN<br><br>District Judge David Nuffer |

In an Order dated January 11, 2018,[1] Plaintiff was ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff was directed to respond in writing no later than January 25, 2018. Plaintiff did not respond.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, Plaintiff's action is DISMISSED without prejudice, pursuant to DUCivR 41-2.

Dated January 31, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Order to Show Cause, docket no. 3, filed January 11, 2018.